### TRAVIS WHITTLESEY v. THE STATE.

#### No. 8479.  Decided June 4, 1924.

**Unlawful Sale of Intoxicating Liquor—Name of Purchaser—Indictment.**

Where, upon trial of unlawfully selling intoxicating liquor, the indictment failed to set out the name of the purchaser of the intoxicating liquor, the judgment is reversed and the cause dismissed.

Appeal from the District Court of Sabine. Tried below before the Honorable V. H. Stark.

Appeal from a conviction of unlawfully selling intoxicating liquor; penalty, one year imprisonment in the penitentiary.

The opinion states the case.

*D. M. Short & Sons*, for appellant.—Cited: Huntsman v. State, 12 Texas Crim. App., 619; Powell v. State, 17 id., 345.

*Tom Garrard*, Attorney for the State and *Grover C. Morris*, Assistant Attorney, for the State.

MORROW, JUDGE.—The unlawful sale of intoxicating liquor is the offense; punishment fixed at confinement in the penitentiary for a period of one year.

97 T. C.—32.

Article 464, C. C. P., requires that in an indictment for the unlawful sale of intoxicating liquor the name of the purchaser shall be stated. This the indictment in the present case fails to do. The conviction cannot therefore be sustained. Alexander v. State, 29 Texas Crim. App., 496; Dixon v. State, 21 Texas Crim. App., 517; Hoover v. State, 259 S. W. Rep., 1088.

The judgment is reversed and the prosecution ordered dismissed.

*Dismissed.*